# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR03-94S** **August 25, 2005**

**TITLE: USA V. ANTRON RUSSELL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:35 a.m. - 9:51 a.m.**

---

**COUNSEL PRESENT:** **Government - Kenneth Madden, AUSA**
**Defendant - Edward C. Roy, Esquire**
**Probation - Michael Perry**

**RE: Re-Sentencing**

**Proceedings: All counsel of record present; Defendant present; Court continues the matter until Monday, September 26, 2005 at 10:00 a.m. Defendant to remain in custody.**