UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. NO. CR03-94S

ANTRON RUSSELL :

MOTION TO DISMISS COUNSEL

NOW COMES THE DEFENDANT ANTRON RUSSELL HERE TO PRESENT TO THE COURT A MOTION TO DISMISS COUNSEL FOR THESE REASONS:

1) COUNSEL EDWARD C. ROY HAS YET TO COMMUNICATE WITH ME SINCE MY LAST COURT APPERANCE IN AUGUST. I WAS INFORMED THAT COUNSEL EDWARD C. ROY WOULD BE COMING TO SEE ME SEPTEMBER 20TH TO DISCUSS MY CASE, BUT HE NEVER SHOWED UP.

HE HAS NO KNOWLEDGE OF MY SUPPLEMENTAL BRIEF, AND FUTHERMORE; COUNSEL EDWARDS SEEMS LIKE HE DOESN'T WANT TO KNOW ANYTHING ABOUT MY BRIEF NOR IS MR. ROY LOOKING OUT FOR MY BEST INTEREST.

WHICH HE IS STILL SHOWING, ANND THESE ARE THE REASONS THAT I WOULD LIKE MR. ROY TO BE RELEAVED OF HIS DUTIES ON MY CASE.

ANTRON RUSSELL
D.W.W.D.F
950 HIGHSTREET
CENTRAL FALLS, R.I.
02863

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 20TH DAY OF SEPTEMBER, 2005

Antron Russell
ANTRON RUSSELL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT I HAVE MAILED A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO THE ASSISTANT'S U.S. ATTORNEY'S OFFICE, 50 KENNEDY PLAZA — 8TH FLOOR, PROVIDENCE, R.I. 02903, ON THE 20TH DAY OF SEPTEMBER, 2005

Antron Russell
ANTRON RUSSELL