SCANNED

UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF RHODE I

UNITED STATES OF AMERICA :

VS. NO. ~~04-~~ CR03-94S

ANTRON RUSSELL :

MOTION TO DISMISS COUN

NOW COMES THE DEFENDANT ANTRON RUSSELL HERE TO PRESENT TO THE COURT A MOTION TO DISMISS COUNSEL FOR THESE REASONS :

1) COUNSEL EDWARD C. ROY HAS YET TO COMMUNICATE WITH ME SINCE MY LAST COURT APPERANCE IN AUGUST. I WAS INFORMED THAT COUNSEL EDWARD C. ROY WOULD BE COMING TO SEE ME SEPTEMBER 20TH TO DISCUSS MY CASE, BUT HE NEVER SHOWED UP.

HE HAS NO KNOWLEDGE OF MY SUPPLEMEN BRIEF. AND FUTHERMORE, COUNSEL EDWARDS SEEMS LIKE HE DOESN'T WANT TO KNOW ANYTHING ABOUT MY BRIEF NOR IS MR. ROY LOOKING OUT FOR MY BEST INTEREST.

2) I WOULD LIKE TO ADD THAT MR. ROY HAS WITHDR...

7/05: DENIED AS MOOT. DEFENDANT AGREED TO WITHDRAW HIS MOTION AFTER HEARING AND INDICATED TO THE COURT THAT HE WISHED TO BE REPRESENTED AT HIS RESENTENCING BY ATTY. ROY AND THE OFFICE OF THE FED. PUBLIC DEFENDER.

USMJ