**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 03-094S** |
| **ANTRON RUSSELL** | : | |

## MOTION TO WITHDRAW

NOW COMES the defense counsel, Edward C. Roy, Jr., Assistant Federal Public Defender and moves to withdraw his appearance on behalf of the defendant Antron Russell on the grounds that the defendant has requested that counsel withdraw as defense counsel had previously represented one of the police officers who is a witness in the case.

ANTRON RUSSELL
By his Attorney,

EDWARD C. ROY #3029
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that on this 22nd day of September 2005, I hand-delivered a true copy of the within motion to Kenneth P. Madden, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

10/17/05: DENIED AS MOOT AFTER HEARING.
USMJ