UNITED STATES DISTRICT COURT
FOR RHODE ISLAND

UNITED STATES OF AMERICA )
V. )
ANTRON RUSSEL )
)

CR. No. ~~03-945~~ 03-094S

NOTICE OF APPEAL

I am writing to inform the court that I wish to appeal my sentence. The decision was imposed on Friday October 28,2005. My counsel,Edward C. Roy has ben informed about the option,but I would like to make sure it's been submitted. Please send me a copy of the filing for my personal record.

Respectfully submitted
Antron Russel

June Maria Carlton

June Maria Carlton
Notary Public
My Commission Expires 4/2/2006
State of Rhode Island