CR 03-94S

# United States Court of Appeals
## For the First Circuit

---

No. 05-2684

UNITED STATES OF AMERICA,

Appellee,

v.

ANTRON RUSSELL,

Defendant, Appellant.

No. 05-2803

UNITED STATES OF AMERICA,

Appellant,

v.

ANTRON RUSSELL,

Defendant, Appellee.

---

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

---

JUDGMENT

Entered: July 26, 2006

The sentence is vacated and the case is remanded for resentencing in light of United States v. Pho, 433 F.3d 53 (1st Cir. 2006). See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 7/26/06

By: MARGARET CARTER
Chief Deputy Clerk.

[Certified Copies: Hon. William E. Smith, David DiMarzio, USDC Clerk ]

[cc: James Michael Fox, Esq., Kenneth P. Madden, AUSA, Donald Lockhart, AUSA ]