03-00094
USDC-RI/PR
J. Smith

MANDATE

# United States Court of Appeals

## For the First Circuit

---

No. 05-2684

UNITED STATES OF AMERICA,

Appellee,

v.

ANTRON RUSSELL,

Defendant, Appellant.

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 AUG 15 P 4:07

No. 05-2803

UNITED STATES OF AMERICA,

Appellant,

v.

ANTRON RUSSELL,

Defendant, Appellee.

---

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

---

JUDGMENT

Entered: July 26, 2006

The sentence is vacated and the case is remanded for resentencing in light of United States v. Pho, 433 F.3d 53 (1st Cir. 2006). See 1st Cir. R. 27(c).

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 8/16/06

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[Certified Copies: Hon. William E. Smith, David DiMarzio, USDC Clerk ]

[cc: James Michael Fox, Esq., Kenneth P. Madden, AUSA, Donald Lockhart, AUSA ]