**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **VS.** | **:** | **CR. NO. 03-094S** |
| **ANTRON RUSSELL** | **:** | |

# MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant, Antron Russell, and moves to continue the sentencing in this matter for an additional thirty (30) days. In support of this motion, counsel states that the Defendant recently arrived in the District and will need the additional time to meet and review the issues as they relate to the re-sentencing in this case.

ANTRON RUSSELL
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

## CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Kenneth Madden, AUSA and United States Probation Office on the 29th day of January, 2007.

/s/ Edward C. Roy, Esquire