**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 03-094S** |
| **ANTRON RUSSELL** | : | |

# MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant, Antron Russell, and moves to continue the sentencing in this matter on the grounds that there is pending before the United States Supreme Court a case of *United States vs. Claiborne*, No. 06-5618 which deals with crack cocaine sentencing issues and which decision may impact the Court's consideration of the issues in this case. Defense counsel respectfully moves this Court to continue the sentencing in this matter to May 10, 2007.

ANTRON RUSSELL
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

## CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Kenneth Madden, AUSA and United States Probation Office on the 28th day of February, 2007.

/s/ Edward C. Roy, Esquire