**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 03-094S** |
| **ANTRON RUSSELL** | : | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Antron Russell, and moves to continue the sentencing in this matter on the grounds that there is pending before the United States Supreme Court the case of *United States vs. Claiborne*, No. 06-5618 which deals with crack cocaine sentencing issues and which decision may impact the Court's consideration of the issues in this case. Further, an additional basis for the requested continuance, is the pending amendments to the sentencing guidelines which are effective November 1, 2007. Defense counsel respectfully moves this Court to continue the sentencing in this matter to November 1, 2007 or a date thereafter that is convenient with the Court's calendar.

ANTRON RUSSELL
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Kenneth Madden, AUSA and United States Probation Office on the 7th day of May, 2007.

/s/ Edward C. Roy, Esquire