IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 03-094S |
| | ) | |
| ANTRON RUSSELL | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and objects to defendant's Motion To Continue Sentencing as follows.

Russell is before the Court for his third sentencing. This latest sentencing results from a July 27, 2006 order by the First Circuit Court of Appeals vacating Russell's sentence and remanding the case for re-sentencing. The case has been continued for sentencing twice since July 27, 2006. The defendant now seeks to continue sentencing again on two grounds: 1) that there is a matter pending before the Supreme Court which "may impact the Court's consideration of the issues in this case"; and 2) that the United States Sentencing Commission has sent to the Congress proposed amendments relevant to the sentencing guidelines for crack cocaine. The government cannot respond to the first ground as there is no indication by the defendant as to what he believes the issues in this matter to be. As for the second ground, the proposed amendments are simply that - proposed. Neither defense nor government counsel has a crystal ball foretelling what Congress will do. Congress could accept, reject, or modify

the amendments.

If the matter is continued to after November 1, 2007 as defendant requests, the matter will be pending over fifteen months since its remand by the First Circuit. The public has an interest in the speedy resolution of criminal matters. A six-month continuance until after November 1, 2007 should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

CERTIFICATION

I hereby certify that on the 8th day of May, 2007, I electronically filed and served the Within Government's Objection To Defendant's Motion To Continue Sentencing to:

Edward C. Roy, Esq.
Assistant Federal Defender
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5002 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680