**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR03-94S** |
| **ANTRON RUSSELL** | : | |

## NOTICE OF APPEAL

NOW COMES the defendant, Antron Russell, and notices his appeal to the United States Court of Appeals for the First Circuit of his sentence imposed on May 10, 2007.

ANTRON RUSSELL
By his Attorney,

/s/ EDWARD C. ROY #3029
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4281 fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 14th day of May 2007, I filed and served by electronic notification the within to Kenneth P. Madden, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Edward C. Roy