UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-094 S

ANTRON RUSSELL :

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Antron Russell, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

ANTRON RUSSELL,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Kenneth Madden, AUSA and on Dennis Jenkins, SUSPO on the 27[h] day of August, 2008.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 03-094 S

ANTRON RUSSELL :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

The defendant, Antron Russell, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant states that:

1. On May 10, 2007, he was sentenced to a term of 180 months imprisonment after having pled guilty to a one count indictment which charged the defendant with possession of cocaine base with intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

2. The defendant's total offense level was level 33 with a criminal history category of VI. The guideline range was 235 to 293 months of imprisonment. The sentence of 180 months imposed by the court represented a twenty three percent (23 %) decrease from the low end of the applicable guideline range.

3. The amendments to the crack cocaine sentencing guidelines reduce Mr. Russell's offense level by two levels to a level 31. The new range based upon the amended guidelines is from 188 to 235 months of imprisonment. If the court were to make a comparable reduction in

the offense level of twenty three percent (23%), the result would be a sentence of 145 months of imprisonment.

4. The defendant is eligible for the reduction of twenty three percent (23%) based upon U.S.S.G. § 1B1.10(b)(2). *See* U.S.S.G. § 1B1.10, comment. (n. 3)

WHEREFORE, the defendant, Antron Russell, moves that this Honorable Court grant this motion and reduce his sentence from 180 to 145 months.

ANTRON RUSSELL,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Kenneth Madden, AUSA and on Dennis Jenkins, SUSPO on the 27th day of August, 2008.

/s/ Edward C. Roy, Esquire