MANDATE

03-00094
USDC/RI
Smith, J

# United States Court of Appeals
## For the First Circuit

No. 07-1790

UNITED STATES,

Appellee,

v.

ANTRON RUSSELL,

Defendant, Appellant.

**JUDGMENT**

Entered: August 6, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

MH

**Deputy Clerk**

**Date:** 8/28/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Lockhart, Mr. Madden, Mr. Fox.